▪ JAMES REED, Respondent, v LINDON REID, Individually and as an Employee and/or Agent of Affordable Bus Charter, Inc., et al., Appellants. [847 NYS2d 894]—Appeals from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered November 29, 2006 in a personal injury action. The order, insofar as appealed from, denied in part defendants' motion for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Gorski, Lunn, Fahey and Green, JJ.